HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN BOWIE, et al.,

    Plaintiffs,

    v.

H&K TRUCKING, et al.,

    Defendants.

CASE NO. C13-1603RAJ

ORDER REMANDING CASE

The court has reviewed Defendants' response (Dkt. # 21) to the court's April 30, 2014 order to show cause (Dkt. # 20). Defendants do not directly address whether each of them is a citizen of a state other than Washington, and thus do not directly address whether the court has subject matter jurisdiction. Instead, Defendants state that they "will not context remand of this matter," and that Plaintiffs' counsel has no objection to remand.

The court accordingly orders the clerk to REMAND this action to King County Superior Court

Dated this 14th day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1